Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: brian.shapiro@rohlfinglaw.com

Attorneys for Plaintiff
Crystal Ilene Hedrington Deaner

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYSTAL ILENE HEDRINGTON DEANER,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:26-cv-04223-SKO (SS)<br><br>STIPULATION AND UNOPPOSED MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. §§ 1920; 2412; ORDER<br><br>(Doc. 19) |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Crystal Ilene Hedrington Deaner ("Hedrington Deaner") be awarded attorney fees and expenses in the amount of SIX THOUSAND NINE HUNDRED TWENTY FOUR dollars

($6,924.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. §§ 1920; 2412. These amounts represent compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412.

After the Court issues an order for EAJA fees to Hedrington Deaner, the government will consider the matter of Hedrington Deaner's assignment of EAJA fees to Brian C. Shapiro. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Hedrington Deaner, but if the Department of the Treasury determines that Hedrington Deaner does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Hedrington Deaner.[1] Any payments may be made by check or electronic fund transfer (EFT) and shall be delivered to the Law offices of Lawrence D. Rohlfing, Inc.

This stipulation constitutes a compromise settlement of Hedrington Deaner's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

claims that Hedrington Deaner and/or Brian C. Shapiro including Law Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Brian C. Shapiro and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: November 12, 2026 Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Brian C. Shapiro*[2]

BY: ______________________
Brian C. Shapiro
Attorney for plaintiff Crystal Ilene Hedrington Deaner

DATED: November 12, 2026 ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration

/s/ *Kathrine R. Watson*

______________________
KATHRINE R. WATSON
Special Assistant United States Attorney
Attorneys for Defendant
FRANK BISIGNANO, Commissioner of Social Security (Per e-mail authorization)

---

[2] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**ORDER**

Based on the parties' foregoing stipulation and unopposed motion (Doc. 19) (the "Stipulation"), **IT IS SO ORDERED** that Crystal Ilene Hedrington Deaner is awarded attorney's fees and expenses in the amount of SIX THOUSAND NINE HUNDRED TWENTY-FOUR dollars ($6,924.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. §§ 1920; 2412, pursuant to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **November 13, 2026**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE